# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0614.  TAJAH DESHUN COLEMAN v. THE STATE.**

Tajah Deshun Coleman pleaded guilty to felony murder, and the trial court imposed a sentence of life in prison.  Coleman then filed a pro se notice of appeal in this Court.  We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Coleman's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*